IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MARKEL AMERICAN INSURANCE
COMPANY,

    *Plaintiff,*

v.

GREGORY SCOTT HUNTER,

    *Defendant.*

Civil Action No. 1:13-cv196

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FROM THE CLERK

NOW COMES Plaintiff Markel American Insurance Company (hereinafter, "Markel"), by counsel, and pursuant to Rule 55(a), moves for an entry of default from the Clerk of Court against Defendant Gregory Scott Hunter.

In support of this Motion, Markel files the attached Memorandum.

    MARKEL AMERICAN INSURANCE COMPANY

    By: /s/
    Christopher A. Abel, Esquire (VSB #31821)
    Melissa A. Hamann, Esquire (VSB #82179)
    Willcox & Savage, P.C.
    Wells Fargo Center
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510
    Telephone: (757) 628-5500
    Facsimile: (757) 628-5566
    cabel@wilsav.com
    mhamann@wilsav.com

    *Counsel for Plaintiff Markel American Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2013, I caused the foregoing to be filed electronically with the Clerk of the Court and a true copy of the foregoing to be delivered via U.S. Mail to the following:

Gregory Scott Hunter
5922 Wilton Road
Alexandria, Virginia 22310-2152
***Defendant Pro Se***

To the best of my knowledge, there are no other attorneys who require service by U.S. Mail or notification by the ECF system.

/s/
Christopher A. Abel, Esquire (VSB #31821)
Willcox & Savage, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
cabel@wilsav.com

***Counsel for Plaintiff Markel American Insurance Company***