IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MARKEL AMERICAN INSURANCE
COMPANY,
    *Plaintiff,*

v.    Civil Action No. 1:13-cv-196 (TSE/IDD)

GREGORY SCOTT HUNTER,

    *Defendant.*

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Markel American Insurance Company (hereinafter, "Markel"), by counsel, and Defendant Gregory Scott Hunter, appearing *pro se*, pursuant to Rule 41(a)(1), to stipulate to this Honorable Court that the parties have resolved their underlying dispute and that this case is to be dismissed, with prejudice, with each party to bear its own costs and fees associated with this litigation, and to ask that this Court retain jurisdiction of this matter solely for the purpose of enforcing the Settlement Agreement and Release resolving this case and executed by each of the parties to the action.

MARKEL AMERICAN INSURANCE COMPANY

By: _____
Christopher A. Abel, Esquire (VSB# 31821)
Melissa A. Hamann, Esquire (VSB #82179)
*Counsel for Plaintiff Markel American
Insurance Company*
Willcox & Savage, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
cabel@wilsav.com
mhamann@wilsav.com

1-1169989.1

GREGORY SCOTT HUNTER

*signature*

Gregory Scott Hunter
*Defendant, pro se*
5922 Wilton Rd
Alexandria, VA 22310
Telephone: (301) 980-8604
Facsimile: (925) 886-8604
scott@yourhealthmagazine.net

So Ordered

/s/ *signature* 5/30/13
T. S. Ellis, III
United States District Judge